UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
September 6, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VM___ DEPUTY

## CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CR 09-1242 SJO | Date | September 6, 2016 |
| Title | United States v. Hernandez-Ornelas | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**  ORDER OF DETENTION – SUPERVISED RELEASE ALLEGATION

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that:

A.  ☒  Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ Lack of bail resources

☐ Refusal to interview with Pretrial Services

☐ No stable residence or employment

☐ Previous failure to appear or violations of probation, parole, or release

☐ Ties to foreign countries

☐ Allegations in petition

☐

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. CR 09-1242 SJO | Date September 6, 2016 |
| Title United States v. Hernandez-Ornelas | |

B. ☒ Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ Nature of previous criminal convictions

    ☒ Allegations in petition

    ☐ Substance abuse

    ☐ Already in custody on state or federal offense

    ☐

C. ☒ Defendant submitted to detention

* * *

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.